

## EXHIBIT A - STIPULATED FACTS

*The undersigned parties hereby stipulate and agree that the following facts are true, and if this case had proceeded to trial, the government would have proven these facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The defendant, John Patrick Dillon ("Dillon"), born in 1957, is a former resident of Harwood, Anne Arundel County, Maryland.

Dillon has a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse or abusive sexual conduct involving a minor. Specifically, on November 17, 1998, in the Circuit Court for Anne Arundel County, Dillon pled guilty to Second Degree Sex Offense, in violation of Article 27, Section 464A, of the Annotated Code of Maryland, and admitted that, from January 1996 through January 1998, he repeatedly sexually abused a minor female, including acts of oral sex and penile-vulva contact. When the abuse began, the minor female was four years old. Dillon was sentenced on January 6, 1999 to seven years in prison. Since his release, he has been registered as a sex offender.

Beginning in 2015, Dillon began searching the internet for child pornography using a variety of search terms, including "PTHC" (which stands for "pre-teen hardcore"), "Preteen girl sex", "Girls with Daddy", "Tiny Asian Anal Porn", and "Dailylolita." Dillon created a number of videos of the searches he ran looking for child pornography and the child pornography he found and viewed, including videos. He saved the material to DVDs.

Dillon also looked for child pornography images through a reverse image search by using the website Bing and its "Image Match" feature. Instead of typing a keyword into the search engine, Dillon would use an actual image of child pornography to find other images of child pornography online. Dillon did so on multiple occasions including, for example, on February 3,

2018, using an image that depicted a prepubescent female's vagina being penetrated by an adult male's penis. The uploading of images of child pornography to Bing caused the images to travel in interstate commerce. Microsoft servers flagged the uploads as images of child pornography, which created a cybertip that was sent to the National Center for Missing and Exploited Children (NCMEC). NCMEC then sent the cybertip to the Maryland State Police for follow up.

On April 26, 2018, law enforcement executed a search warrant at Dillon's home. Law enforcement seized various digital storage media, to include an ACER ASPIRE X1430, S/N 603CP200012030074C3000, with accompanying Seagate 500 GB HDD, S/N W2A3G7VH; 73 DVDs, various manufacturers; ACER Aspire XC-704G desktop computer; and one Samsung Verizon flip phone.

In addition, law enforcement seized a .303 caliber Lee Enfield Rifle, S/N 49L9045; a 12 gauge Mossberg Shotgun, S/N R871385; a 12 gauge Ward's Western Field Shotgun, S/N 06128V; a Mre d'Armes Revolver pistol; 37 rounds of 303 British Centerfire Rifle Cartridges; and 26 12-gauge shotgun shells. By virtue of his conviction, Dillon is prohibited from possessing firearms and/or ammunition. The guns and ammunition were not manufactured in Maryland and therefore affected interstate commerce. Dillon's civil rights have not been restored.

The electronic items seized were submitted to the HSI Digital Forensic Office for forensic examinations. The forensic examinations resulted in the discovery of over 1700 images and 320 videos of child pornography stored within the electronic items seized from Dillon's residence. The images and videos included prepubescent minors engaged in sexually explicit conduct, as well as sadistic, masochistic, and other depictions of violence. The items seized were all manufactured outside Maryland.

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

9-26-18
Date

_____
John Patrick Dillon

I am John Patrick Dillon's attorney. I have carefully reviewed the statement of facts with him. He acknowledges it is true and correct and he knowingly and voluntarily agrees to it.

_____
Shari Silver Derrow